# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SHEVADA TOOLS, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>EVIDENT STAFFING, INC. (d/b/a EVIDENT HEALTHCARE MANAGEMENT and EVIDENT STAFFING, LLC),<br><br>    Defendant. | Court File No. 21-CV-983 (SRN/BRT)<br><br><br><br>**ORDER** |

Michele R. Fisher and Kayla Marie Kienzle, Nichols Kaster PLLP, 80 South Eighth Street, 4700 IDS Center, Minneapolis, MN 55402 for Plaintiffs.

Allan S. Rubin, Jackson Lewis LLP, 2000 Town Center Suite 1650, Southfield, MI 48322, and Gina K. Janeiro and Jennell K. Shannon, Jackson Lewis P.C., 150 South Fifth Street, Suite 3500, Minneapolis, MN 55402 for Defendant.

Pursuant to the parties' Stipulation for Dismissal [Doc. No. 33],

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby dismissed with prejudice and without fees or costs except as set forth in the parties' Settlement Agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 27, 2021

                                                                                 s/Susan Richard Nelson
                                                                                 SUSAN RICHARD NELSON
                                                                                 United States District Judge