## UNITED STATES DISTRICT COURT
### District of Minnesota

Shevada Tools,

                Plaintiff,

v.

Evident Staffing, Inc.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21cv983 SRN/BRT

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby dismissed with prejudice and without fees or costs except as set forth in the parties' Settlement Agreement.

Date: 12/28/2021

KATE M. FOGARTY, CLERK